# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32673 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Jordan A. BACON** | ) | |
| **Airman (E-2)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 13 April 2021, Appellant submitted a Motion to Withdraw from Appellate Review and Attach Document. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 12 April 2021 and by Appellant's counsel on the 13 April 2021. Furthermore, The DD Form 2330 also included one attachment, consisting of an entry of judgement (EoJ) dated 12 October 2020. The Government did not submit any opposition.

Accordingly, it is by the court on this 19th day of April, 2021,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and to attach the DD Form 2330 (with EoJ) is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

GREGORY L. NORRIS, TSgt, USAF
Appellate Court Paralegal